BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
EMAIL: BILL.HUMPHRIES@USDOJ.GOV

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT** |
| v. | |
| HARVEY L. BEAVER, | |
| Defendant. | |

COMES NOW the United States of America, and brings this cause of action against Harvey L. Beaver ("Defendant") to recover unpaid student loans and alleges, upon information and belief, as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345 for the reason that the United States of America is the plaintiff.

2. Defendant is an individual residing in the District of Idaho, which is within the jurisdiction of this Court.

COMPLAINT - 1

3. Pursuant to the Higher Education Act of 1965, as amended, 20 U.S.C. §1087a et seq. (known as the William D. Ford Federal Direct Loan Program), Defendant, on or about March 24, 2003, executed and delivered a promissory note.  The note is filed herewith as Exhibit A.  The note is described in the Certificate of Indebtedness, filed herewith as Exhibit B.

4. The U.S. Department of Education disbursed $28,693.81 under the promissory note on or about September 22, 2003, with interest at the rate of 4.125% per annum.  See Exhibit B.

5. On or about August 11, 2006, the Defendant defaulted on the note.  Written demand has been made upon the Defendant for payment of the amount due, but the amount due remains unpaid.

6. Pursuant to 34 C.F.R. § 685.202(b), a total of $1,606.56 in unpaid interest was capitalized and added to the principal balance.

7. Pursuant to the Certificate of Indebtedness dated June 7, 2018, attached as Exhibit B, the Defendant owes the following on the note as of June 7, 2018: $30,075.50 in principal and $14,848.11 in interest, for a total owing on June 7, 2018 of $44,923.61.  Interest accrues at the rate of $3.40 per day.

8. As set forth in 20 U.S.C. § 1091a(a), Congress eliminated any and all statutes of limitations Defendant may have otherwise pleaded in defense of this action.

WHEREFORE, because of Defendant's breach of contract, Plaintiff demands judgment against the Defendant as follows:

a. in the amount of $44,923.61 ($30,075.50 principal and $14,8848.11 interest as of June 7, 2018);

b. interest to continue to accrue from June 7, 2018, at the rate of 4.125% per annum until the date of judgment (i.e., $3.40 per diem);

c.  interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961 until paid in full;

d.  costs of suit and any statutory fees, including but not limited to, a filing fee of $400.00, as authorized by 28 U.S.C. § 2412(a)(2); and

e.  any other relief that the Court may deem equitable and just.

DATED this 11th day of June, 2018.

          BART M. DAVIS
          UNITED STATES ATTORNEY
          By:

          */s/ William M. Humphries*
          WILLIAM M. HUMPHRIES
          Assistant United States Attorney

COMPLAINT - 3